IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff | : |
| | : |
| vs. | : CRIMINAL NO. 1:CR-01-291-01 |
| | : |
| TAIWAN AUSTIN,<br>        Defendant | : |

O R D E R

AND NOW, this 11th day of May, 2005, pursuant to the decision of the Third Circuit Court of Appeals, Enid W. Harris, Esquire, 26 Pierce Street, Kingston, PA 18704, is appointed to represent Defendant in connection with his resentencing.

Resentencing is scheduled for Tuesday, June 28, 2005, at 9:30 a.m., in Court Room No. 1, ninth floor, Federal Building, 228 Walnut Street, Harrisburg, PA.

 /s/William W. Caldwell
William W. Caldwell
United States District Judge