**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA              :
                                      :        1:01-CR-00291-1
                   vs.                :
                                      :        (Caldwall, J.)
TIAWAN AUSTIN,                        :
                   Defendant          :        *[Electronically Filed]*

# ORDER OF COURT

**AND NOW,** this _____ day of _____, 2008,

upon  consideration of Defendant's Motion for Relief Under 18 U.S.C. §3582(c)(2),

**IT IS HEREBY ORDERED** that this Motion is **GRANTED**.  The Defendant's sentence is

amended to 140 months effective March 3, 2008.  All other aspects of the original Judgment dated

June 28, 2005, will remain in effect.

                              BY THE COURT:


                              _____
                              WILLIAM J. CALDWELL
                              U.S. DISTRICT JUDGE